UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Number:** |
| | : | |
| v. | : | |
| | : | |
| | : | VIOLATION:  18 U.S.C. § 1343 |
| **DAVID BUTLER,** | : | (Wire Fraud) |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States Attorney informs the Court that, at all times material and relevant to this Information:

1. The Smithsonian Institution ("Smithsonian") is a government-chartered entity created by Congress, and accordingly, an agency of the United States.

2. The Smithsonian Business Ventures ("SBV") is a unit of the Smithsonian that operates most of the revenue-producing activities of the Smithsonian, including museum shops, restaurant concessions, magazines, IMAX theaters, licensing, catalogues, and e-commerce. The income generated by the SBV's activities directly supports the Smithsonian's mission.

3. Starting in or about June, 2002, David Butler worked at the Smithsonian as an SBV store manager, and then as an area manager for museum stores within several Smithsonian museums located in Washington, D.C., including the National Museum of Natural History.

### Scheme to Defraud

4. Beginning in or about June 2002, in the District of Columbia and elsewhere, defendant Butler knowingly and willfully did devise and intend to devise a scheme and artifice to defraud the Smithsonian, and to obtain its money and property by means of materially false and fraudulent pretenses, representations, and promises.

### Purpose of the Scheme

5. It was the purpose of the scheme for the defendant to enrich himself by stealing money from the Smithsonian.

### Manner and Means of the Scheme

6. It was a part of the scheme that defendant Butler used his position as an employee of the Smithsonian to access the refund transaction function at several cash register terminals within the various museum shops in the National Museum of Natural History, located in Washington, D.C.

7. It was further a part of the scheme that defendant Butler entered fraudulent refund transactions for different items, thereby crediting funds to his personal USAA Federal Savings Bank Debit Card.

8. It was further a part of the scheme that defendant Butler, when he entered the fraudulent refund transactions, neither returned merchandise nor anything else of value to warrant a refund to his personal credit card.

9. It was further a part of the scheme that defendant Butler used his position as an employee of the Smithsonian to encode his password into several cash register terminals within the various museum shops in the National Museum of Natural History, located in Washington, D.C.

10. It was further a part of the scheme that defendant Butler entered fraudulent refund transactions for different items upon encoding his password, and removed cash from the cash register.

11. It was further a part of the scheme that defendant Butler neither returned merchandise nor anything of value to warrant a cash refund.

Use of Wires in Furtherance of the Scheme

12. On or about June 22, 2002, in the District of Columbia, defendant Butler, for the purpose of executing the above-described scheme and artifice to defraud and deprive, and attempting to do so, did transmit and cause to be transmitted by means of wire communications in interstate commerce, certain writings, signals, and sounds: to wit, an electronic credit transaction request

transmitted from First Data Merchant Services, the point of sales contractor for Smithsonian Business Ventures, initiated in Washington, D.C., to the defendant's bank, USAA Federal Savings Bank, located in San Antonio, Texas.

**(Wire Fraud, in violation of Title 18, United States Code, Section 1343)**.

                                              Respectfully submitted,

                                              KENNETH L. WAINSTEIN
                                              United States Attorney

By: _____
      Jeannie S. Rhee
      Assistant United States Attorney
      555 Fourth Street, N.W.,
      Washington, D.C. 20530
      (202) 514-9832