UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal Number: 05-383 (RBW) |
| v. : | |
| : | VIOLATION: 18 U.S.C. § 1343 |
| **DAVID BUTLER** : | (Wire Fraud) |
| **Defendant.** : | |

### ELEMENTS AND PENALTIES: 18 U.S.C. 1343 (WIRE FRAUD)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following as the elements and penalties associated with Title 18 of the United States Code, Section 1343.

Title 18 of the United States Code, Section 1343, makes it a federal crime for anyone who has devised a scheme to defraud or to obtain monies by means of false or fraudulent pretenses or representations to use interstate wire communications or cause interstate wire communications to be used for the purpose of executing the scheme. The elements of wire fraud, each of which the government must prove beyond a reasonable doubt are:

First, that the defendant knowingly devised or knowingly participated in a scheme or artifice to defraud or to obtain money or property by means of materially false or fraudulent pretenses, representations or promises, as described within the Information;

Second, that the defendant did so with the intent to defraud; and

Third, in advancing, or furthering, or carrying out this scheme to defraud or obtain money by means of false or fraudulent pretenses, the defendant transmitted or caused to be transmitted any writing, signal, or sound by means of a wire communication in interstate commerce.[1]

Wire fraud, pursuant to Title 18 of the United States Code, Section 1343, carries a maximum sentence of twenty years imprisonment, a fine of $1,000,000, or a fine of twice the pecuniary gain or loss pursuant to 18 U.S.C. § 3571(d), a $100 special assessment, a five-year term of supervised release, an order of restitution, and an obligation to pay any applicable interest or penalties on fines or restitution not timely made.

                    Respectfully submitted,

                    KENNETH C. WAINSTEIN
                    UNITED STATES ATTORNEY

By:   _____
      JEANNIE S. RHEE
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 514-9832

---

[1] O'Malley, Grenig, Lee, Federal Jury Practice and Instructions (5th ed. 2000), § 47.07 (modified).