FILED

NOV   4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal Number:   05-383 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | **VIOLATION:  18 U.S.C. § 1343** |
| **DAVID BUTLER** | : | **(Wire Fraud)** |
| | : | |
| **Defendant.** | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant David Butler and the United States agree and stipulate as follows:

Beginning in June 2002, and at all times relevant to this offense, defendant David Butler worked at the Smithsonian Business Ventures (hereinafter "SBV"), a unit of the Smithsonian Institution (hereinafter "Smithsonian"). The Smithsonian is a trust instrumentality of the United States created by Congress, and accordingly, an agency of the United States. SBV is a unit of the Smithsonian that operates most of the revenue-producing activities of the Institution, including museum shops, restaurant concessions, magazines, IMAX theaters, licensing, catalogues and e-commerce. The income generated by SBV's activities directly supports the Smithsonian's mission.

During the times relevant to this offense, defendant David Butler worked as a store manager, and then as area manager for SBV. He worked predominantly at the museum stores at the National Museum of Natural History; however, as area manager he was responsible for supervising the museum stores within several museums, including the National Museum of Natural History, Hirshorn Museum, African Art Museum, Arts and Industries Building, the Castle Building and the National Postal Museum. These stores generate over $11.6 million in sales annually. Defendant

Butler was responsible for ensuring adequate staffing, managing controllable expenses, monitoring inventory movement, and handling of funds.

Beginning on or about June 2002, defendant Butler used his position as a manager to access the refund transaction function at several cash register terminals within the various museum shops in the National Museum of Natural History, located in Washington, D.C.   On 415 separate transactions involving 1,544 items, defendant Butler entered a fraudulent refund transaction for different items thereby crediting $84,344.22 to his personal USAA Federal Savings Bank Debit Card.   On these occasions he neither returned merchandise nor anything else of value to warrant a refund to his personal credit card.   Once he completed the transaction in the cash register terminal, First Data Merchant Services, the point of sales contractor for SBV, electronically communicated the credit transaction request from the terminal, located in Washington, D.C., to the defendant's bank, the USAA Federal Savings Bank, located in San Antonio, Texas.   Upon the electronic transmittal, funds were subsequently transferred to the defendant's personal account for each transaction entered by the defendant.

In addition, in 62 separate transactions involving 109 items, the defendant encoded his password into numerous cash register terminals within the various museum shops in the National Museum of Natural History, located in Washington, D.C., and entered a fraudulent refund transaction for different items.   The defendant then removed cash from the cash register, totaling $4,569.52.   On these occasions, the defendant neither returned merchandise nor anything of value to warrant a refund.

By: _____

Jeannie S. Rhee
Assistant United States Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 514-9832

### DEFENDANT'S ACCEPTANCE

I have read every word of this statement of offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this statement of offense, and declare under penalty of perjury that it is true and correct.

Date: _11/4/05_____

_____

David Butler
Defendant

I have read each of the three pages constituting this statement of offense and reviewed and discussed them with my client. I concur with her decision to stipulate to this statement of offense.

Date: _11/4/05_____

_____

Dani Jahn, Esq.
Attorney for the Defendant

3