AO 455 (Rev. 5/85)   Waiver of Indictment   ⊕

# United States District Court

DISTRICT OF ——————————

FILED

NOV 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

David Butler

## WAIVER OF INDICTMENT

CASE NUMBER:   05-383

I, __David Butler__, the above named defendant, who is accused of

Wire Fraud - 18 U.S.C. § 1343

being advised of the nature of the charge(s). the proposed information. and of my rights. hereby waive

in open court on __November 4, 2005__ prosecution by indictment and consent that the
_____Date_____

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____