UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-383 (RBW) |
| | ) | |
| **DAVID BUTLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING DATE AND OTHER SENTENCING DEADLINES

Mr. David Butler, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing in this case which is presently scheduled for February 3, 2006. In support of this motion, counsel states:

On November 4, 2005, Mr. Butler plead guilty to a One Count, Information charging him with Wire Fraud in violation of 18 U.S.C. § 1343. At that time, the matter was referred to the Probation Office for a Pre-Sentence Investigation. Unfortunately, the Defendant, undersigned counsel, and the probation officer assigned to interview Mr. Butler, Ms. Ebron, have had various scheduling conflicts. All parties were to have met and Mr. Butler's Pre-Sentence interview was to have taken place on Friday, December 9, 2005. Unfortunately due to weather conditions, many schools were cancelled and Mr. Butler had to care for his two children at home that day. Mr. Butler's Pre-Sentence interview is now scheduled for December 19, 2005. The disclosure date of the Pre-Sentence Report is December 27, 2005 - just eight days after the interview.

Due to the change in interview dates, the Probation Officer, Ms. Ebron, has requested a thirty-day extension of time in which to complete the Pre-Sentence Interview Report. On the behalf of the Defendant, and in the interest of justice, undersigned counsel requests that the

sentencing and other sentencing deadlines in this matter be continued for thirty days. Further, the government, per Assistant United States Attorney Jeannie Rhee, does not oppose this request.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted.

> Respectfully submitted,
>
> A.J. KRAMER
> FEDERAL PUBLIC DEFENDER
>
>   /s/
> _____
> Dani Jahn
> Assistant Federal Public Defender
> 625 Indiana Avenue, N.W.
> Suite 550
> Washington, D.C. 20004
> (202) 208-7500