Jessica Butler
8104 Brookgate Terrace Apt. 104
Raleigh, North Carolina 27617

February 25, 2006

Reggie B. Walton
US District Court Judge

Dear Sir:

Am I writing on behalf of David A. Butler, as you are deliberating a sentence for him scheduled for March 3, 2006. I wanted to take a minute to offer some information that may assist you. For as long as I can remember, David has been a confident and honest individual that I have relied upon since I was born. As an 11- year old adolescent, David often would take the responsibility of waking in the middle of the night to feed, change and care for me; his infant sister. Although I was unaware at time, I look back and realize what truly special individual he was. His selfless actions have continued throughout our lifetime. I remember several instances as we were growing in which he looked out and cared for me from picking me up at the playground when I fell off a swing or the tears he shed when I graduated from college. I guess because of our age difference our relationship has been more than just sibling; as I have looked to David as a father figure in many ways especially after the separation and eventual divorce of my parents.

Conversely, I have had the pleasure of observing my brother be an excellent parent to his children (Sean, 5 and Jonathan, 2) that he loves very much. Unlike our father, he is involved in every aspect of their life. He routinely picks them up from school/daycare and cooks, cares, and is involved in their school life. His interaction is very healthy and they adore him. Without his involvement, I fear for their development. In fact Sean is looking forward to having his father coach his first season of soccer. He is a very stable component to his wife and children; who rely on his presence as husband, parent and leader of his family.

I am aware of his mistake and want to implore that the behavior that has been described to me does not reflect the person I have known and loved for the last 24 years. I know from speaking with him that he is deeply remorseful and wants the opportunity to repay his debt as well as continue to build the strength of his family. I hope that my words will help you see the individual that I know David to be; not just the mistakes he has made. Thank you for your time and consideration.

Sincerely,

*Jessica Butler*

Jessica C. Butler

Butler
14124 Red River Dr
Centreville, VA 20121

February 27, 2006

Reggie B. Walton
US District Court Judge

Dear Sir:

I am writing you in hopes of affecting your decision on my husband, David on March 3, 2006. As the date nears I try to imagine what life would be like without him day to day. I cannot because he is a very important part of our lives. I truly believe that he is very sorry for his mistake and wants the opportunity to repay his debt.

Emotionally, he is a very stable part of our family's life. He has been a partner with me in our important decisions and has been a stable component in our relationship of 8 years (6 married). As a parent he compliments me by providing discipline with love to our children. I went through post partum with both of our children and he was with me every step of the way waking up in the middle of the night to care for a sick child or me although he may have to go to work early. He routinely shares in the duties of the household and retrieves the children from school at least twice week to allow me time to have time for myself and to spend time with our sons playing, assisting with school- work, or helping them become the men I hope they grow to be.

Financially, he provides the income that our family needs to live. As you have seen our financial situation, we would be lost without his ability to earn an income. Without him I am not sure how we would live day to day and provide for our children.

Sir, I ask that you look into your heart as I have to forgive my husband for what he has done and give him and opportunity to continue to support his family and to repay the debt owed. I believe that he can rebound from this and make a better world for himself and our family.

Sincerely,

*Tuyet Butler*

Tuyet Butler