**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-383 (RBW) |
| | ) | |
| **DAVID BUTLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

Mr. David Butler, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing in this case which is presently scheduled for April 19, 2006 at 9:00 a.m. In support of this motion, counsel states:

On November 4, 2005, Mr. Butler plead guilty to a One Count, Information charging him with Wire Fraud in violation of 18 U.S.C. § 1343. On March 3, 2006, this Court held a sentencing hearing at which time Mr. Butler indicated to the court that he had some medical issues to deal with that required further follow-up. This Court allowed Mr. Butler more time to deal with these issues and continued the sentencing hearing until April 19, 2006 at 9:00 a.m.

Due to issues beyond Mr. Butler's control, such as obtaining a referral from his primary care physician and scheduling appointments, Mr. Butler requires further follow-up appointments and an appointment with a specialist. Mr. Butler has an appointment with a specialist on April 28, 2006. In light of this appointment, Mr. Butler requests that the sentencing hearing scheduled for April 19, 2006 be re-scheduled.

On the behalf of the Defendant, and in the interest of justice, undersigned counsel requests that the sentencing in this matter be continued for at least thirty days. Further, the government, per Assistant United States Attorney Jeannie Rhee, does not oppose this request.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

         /s/
        _____
        Dani Jahn
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C.  20004
        (202) 208-7500