UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 05-383 (RBW) |
| ) | |
| DAVID BUTLER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing Hearing, and in light of the entire record in this matter, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the sentencing in this matter is rescheduled for May 25th, 2006 at 9:30 a.m./p.m..

IT IS SO ORDERED this 18th day of April, 2006.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Jennie Rhee
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20531