UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 05-383 (RBW) |
| ) | |
| DAVID BUTLER, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

Mr. David Butler, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing in this case which is presently scheduled for May 25, 2006 at 9:30 a.m. In support of this motion, counsel states:

On November 4, 2005, Mr. Butler plead guilty to a One Count, Information charging him with Wire Fraud in violation of 18 U.S.C. § 1343. On March 3, 2006, this Court held a sentencing hearing at which time Mr. Butler indicated to the court that he had some medical issues to deal with that required further follow-up. This Court allowed Mr. Butler more time to deal with these issues and continued the sentencing hearing until April 19, 2006 at 9:00 a.m. On April 18, 2006, this Court granted Mr. Butler's motion to continue the sentencing hearing set for April 19, 2006 in light of additional follow-up appointments that were required and set sentencing for May 25, 2006.

Unfortunately, it has now been determined by an urology specialist that Mr. Butler requires surgery to adequately address his medical issues. Currently, Mr. Butler has a pre-surgery appointment set for June 22, 2006, whereby he will receive further instructions regarding the surgery. In light of this pre-surgery appointment and the surgery that will follow shortly thereafter, Mr. Butler requests that the sentencing hearing scheduled for May 25, 2006 be re-

scheduled.

On the behalf of the Defendant, and in the interest of justice, undersigned counsel requests that the sentencing in this matter be continued for at least thirty days beyond the date in which he is currently scheduled for his pre-surgery appointment. As of this date, Mr. Butler has not been given a final date for his surgery. Further, the government, per Assistant United States Attorney Jim Flood, who has recently been assigned this case, does not oppose this request.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500