UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-383 (RBW) |
| | ) | |
| **DAVID BUTLER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING DATE**

Mr. David Butler, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing in this case which is presently scheduled for July 31, 2006 at 1:30 p.m. In support of this motion, counsel states:

On November 4, 2005, Mr. Butler plead guilty to a One Count, Information charging him with Wire Fraud in violation of 18 U.S.C. § 1343. On March 3, 2006, this Court held a sentencing hearing at which time Mr. Butler indicated to the court that he had some medical issues to deal with that required further follow-up. This Court allowed Mr. Butler more time to deal with these issues and continued the sentencing hearing until April 19, 2006 at 9:00 a.m. On April 18, 2006, this Court granted Mr. Butler's motion to continue the sentencing hearing set for April 19, 2006 in light of additional follow-up appointments that were required and set sentencing for May 25, 2006. On May 23, 2006, this Court granted an additional motion to continue the sentencing hearing because it was determined that Mr. Butler required a pre-surgery appointment and possible surgery to follow. As a result, the Court set sentencing for July 31, 2006.

Unfortunately, it has now been determined by an urology specialist that Mr. Butler requires surgery to adequately address his medical issues. Mr. Butler is schedule to have a mass

removed from his groin area on August 18, 2006. After this surgery, the mass will be tested to determine whether or not it is cancerous. Depending upon the diagnosis of the growth, Mr. Butler will require further surgery. At best, Mr. Butler requires hernia surgery approximately six weeks after his scheduled surgery of August 18, 2006. In light of these scheduled surgeries, Mr. Butler requests that the sentencing hearing scheduled for July 31, 2006, be re-scheduled.

On the behalf of the Defendant, and in the interest of justice, undersigned counsel requests that the sentencing in this matter be continued for at least two to three months beyond the date in which he is currently scheduled for his surgery. As stated above, it has yet to be determined whether or not Mr. Butler will require additional surgery or treatment after his scheduled surgery of August 18, 2006. Further, the government, per Assistant United States Attorney Jim Flood, does not oppose this request.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500