UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 05-383 (RBW) |
| ) | |
| **DAVID BUTLER,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing Hearing, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the sentencing in this matter is rescheduled for _____, 2006 at __:__ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Jim Flood
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20531