UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | **CRIMINAL NO. 05-383 (RBW)** |
| v. : | |
| : | |
| **DAVID BUTLER,** : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney James G. Flood, Bar No. 435945, telephone number 202-514-7131 and/or email address James.Flood@usdoj.gov. James G. Flood will substitute for Assistant United States Attorney Jeannie S. Rhee as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
James G. Flood
Assistant United States Attorney
Fraud and Public Corruption Section
Bar No. 435945
555 4th Street, NW, Room 5824
Washington, DC 20530
(202) 514-7131

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Notice of Substitution of Counsel was served by ECF to counsel for the defendant, Danielle C. Jahn, Federal Public Defender, 625 Indiana Ave., NW, Suite 550, Washington, DC 20004, on this 6th day of November, 2006.

_____
JAMES G. FLOOD
Assistant U.S. Attorney