HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0383 |
| vs. | : | SSN: _____ |
| Butler, David | : | Disclosure Date: **February 1, 2006** |

**FILED**
NOV 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____   _____
**Prosecuting Attorney**                                           **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.

(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_David Butler /DCJ_   _____   _[signature] Hani Jahn_  2/15/06
**Defendant**               **Date**    **Defense Counsel**          **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 15, 2006**, to U.S. Probation Officer **LaVerne Ebron**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

February 15, 2006

LaVerne A. Ebron
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

        Re: **United States v. David Butler**
           **Criminal No.: 05-383 (RBW)**

Dear Ms. Ebron:

  Enclosed please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above case, dated February 1, 2006.

**Objections and Comments**

  1. Mr. Butler requests that Paragraph 29 on Page 6 of the Presentence Report reflect that his mother works in Centreville, Virginia where she also resides.

  2. Mr. Butler requests that Paragraph 30 on Page 6 of the Presentence Report reflect that his sister has never been married

  3. Mr. Butler objects to the calculations in Paragraph 48 on Page 8 of the Presentence Report. If Mr. Butler's assets total $68,775.00 and his debts total $10,648.00, then it would appear that his total net worth is $58,127.00.

  4. Mr. Butler objects to Paragraph 66 on Page 12 of the Presentence Report. Mr. Butler submits that a downward departure may be warranted under U.S.S.G. § 5K2.0 and § 5K2.20 Aberrant Behavior.

  Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

*Dani Jahn*

Dani Jahn
Assistant Federal Public Defender

cc: Jeannie Rhee, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530