HONORABLE REGGIE B. WALTON, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
NOV 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0383</u> |
| --- | --- | --- |
| vs. | : | SSN: _____ |
| Butler, David | : | Disclosure Date: <u>February 1, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
(X)  There are no material/factual inaccuracies therein.

(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          __2-3-06_____
**Prosecuting Attorney**                                **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)
(  )  There are no material/factual inaccuracies therein.

(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
**Defendant**           **Date**              **Defense Counsel**          **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **February 15, 2006**, to U.S. Probation Officer **LaVerne Ebron**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

**Receipt and Acknowledgment**     Page 2

The restitution address is as I emailed on Feb 2, 2006:

Smithsonian Business Ventures
PO Box 630178
Baltimore, MD 21263-0178

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: _____





U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# FAX

| | | | |
|---|---|---|---|
| To: | LaVerne Ebron | From: | Jeannie Rhee |
| Fax: | 202-273-0242 | Phone: | 202-514-9832 |
| Date: | February 3, 2006 | | |
| Re: | David Butler | | |
| Page(s): | 3 including cover | | |

COMMENTS:

## U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING:** *Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*