# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | :    Cr. No. 05-383 |
| **DAVID BUTLER,** | : |
| Defendant. | : |

## NOTICE OF APPEAL

**Name and address of appellant:**     David Butler

**Name and address of appellant's attorney:**     Danielle C. Jahn
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense:**     8 U.S.C. § 1343 - Wire Fraud

**Concise statement of judgment or order, giving date, and any sentence:**

Judgment dated November 15, 2006. 5 months' imprisonment followed by 150 days' home detention; 3 years' supervised release; $100 special assessment; and $84,344.22 restitution.

**Name of institution where now confined, if not on bail:**


I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.


| 11/27/06 | David Butler |
|---|---|
| DATE | APPELLANT |


| CJA, NO FEE | FPD | Danielle C. Jahn |
|---|---|---|
| PAID USDC FEE | No | ATTORNEY FOR APPELLANT |
| PAID USCA FEE | No | |

Does counsel wish to appear on appeal?   ___ Yes   _X_ No
Has counsel ordered transcripts?   ___ Yes   _X_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?   _X_ Yes   ___ No