HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 18 2006

ORDER TO SURRENDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

David Butler                                    Docket No.: CR 05-383-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **David Butler** having been sentenced, on November 9, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to FCI Morgantown, in Morgantown, WV by 2 p.m., on February 6, 2007.

12/15/06
Date

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER            DEFENDANT

Revised 6-2004