## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**    ) | |
| ) | |
| vs.                             ) | **Cr. No. 05-383 (RBW)** |
| ) | |
| **DAVID BUTLER,**               ) | |
| ) | |
| Defendant.                      ) | |

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing and Other Sentencing Deadlines for thirty days, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the February 3, 2006 sentencing date is hereby vacated; and it is further

**ORDERED** that disclosure of the Pre-Sentence Report is due _____, 2006; Disputes by _____ 2006; Sentencing Memorandums _____, 2006; and the sentencing in this matter is rescheduled for _____, 2006 at ___:___ a.m./p.m..

**IT IS SO ORDERED** this _____ day of _____, 2005/6.

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Ste. 550
Washington, D.C. 20004

Jennie Rhee
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20531