UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Cr. No. 05-383 (RBW) |
| v. : | |
| : | |
| DAVID BUTLER : | |
| : | |
| Defendant. : | |
| : | |
| _____: | |

**GOVERNMENT'S UNOPPOSED MOTION FOR A CONTINUANCE
TO RESPOND TO MOTION FOR RELEASE PENDING APPEAL**

The United States of America ("the government"), by and through its attorney, the United States Attorney for the District of Columbia, hereby submits an unopposed motion for a brief continuance of the time to respond to the defendant's Motion for Release Pending Appeal. The defendant's motion was filed on January 5, 2007. Under District Court Local Criminal Rule 47, the government's opposition or reply is due within 11 days, which is today, January 16, 2007. The government submits that it needs just a 3 day continuance, until January 19, 2007, to properly respond to the motion. The government has conferred with defense counsel, who does not oppose the request for this brief continuance.

The government asks the Court for this continuance for several brief reasons. First, there was an unanticipated delay within the U.S. Attorney's Office in determining which AUSA would handle this matter because the undersigned AUSA is leaving government service as of January 26, 2007. The matter has been resolved and the undersigned AUSA will respond to the motion. Second, the undersigned AUSA just obtained a copy of the transcript of the sentencing hearing in

this case today and thanks defense counsel for assistance in that regard. Thus, he will need a few more days to respond to the motion. Finally, since the motion seeks release pending appeal based on the claim that the defendant's appeal raises a "substantial question of law" under 18 U.S.C. Section 3143(b)(1), the undersigned AUSA needs a few more days to confer with the Appellate Section of the U.S. Attorney's Office which will be handling the matter on appeal and is more familiar with the sentencing issues which the defendant has raised.

    For these reasons, the government respectfully requests that the Government's Unopposed Motion for a Continuance to Respond to Motion for Release Pending Appeal be granted.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      UNITED STATES ATTORNEY
                                      D.C. BAR # 498610

By: _____
     JAMES G. FLOOD (D.C. Bar #945435)
     Assistant United States Attorney
     for the District of Columbia
     555 Fourth Street, N.W.
     Washington, D.C. 20530
     Phone: (202) 514-7131

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served by ECF filing upon the following counsel of record on the 16th of January 2007:

        Dani Jahn, Esq.
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C. 20004
        Phone: (202) 208-7500 x. 135
        E-mail: Dani_Jahn@fd.org

        JAMES G. FLOOD
        ASSISTANT U.S. ATTORNEY