FILED
JAN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
: Cr. No. 05-383 (RBW)
v. :
:
DAVID BUTLER :
:
Defendant. :
:

## ORDER

The United States of America ("the government"), having moved to continue the date to respond to the defendant's Motion for Release Pending Appeal from January 16, 2007 until January 19, 2007, the request being for a brief continuance and the motion unopposed,

IT IS HEREBY ORDERED that the motion is GRANTED and the new date for the government to respond to the Motion for Release Pending Appeal shall be January 19, 2007.

SO ORDERED.

January  17 , 2007

Reggie B. Walton
Judge, U.S. District Court for
the District of Columbia