UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  05-383 (RBW) |
| | : | |
| v. | : | |
| | : | |
| DAVID BUTLER, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Sherri L. Schornstein, at telephone number 202-514-6956 and/or email address Sherri.Schornstein@usdoj.gov.   Sherri L. Schornstein will substitute for Assistant United States Attorney James G. Flood.  This is notice of the appearance of Assistant United States Attorney Sherri L. Schornstein in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar # 498610

_____/s/_____
SHERRI L. SCHORNSTEIN
Assistant United States Attorney
D.C. Bar # 415219
Fraud and Public Corruption Section
555 4th Street, NW,  Room 5229
Washington, DC 20530
(202) 514-6956,  (202) 307-2304 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been sent  by ECF filing to counsel for the defendant, Danielle Courtney Jahn, Federal Public Defender, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004 this   31   day of January, 2007

_____/s/_____
Sherri L. Schornstein
Assistant U.S. Attorney