# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-3179**  **September Term, 2006**

05cr00383-01

FILED
MAR - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On:

United States of America,
    Appellee

v.

David Butler,
    Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAR - 5 2007
CLERK

## ORDER

Upon consideration of appellant's motion to dismiss appeal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Nancy G. Dunn
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk