UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Cr. No. 05-383 (RBW)** |
| | ) | |
| **DAVID BUTLER,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of defendant David Butler's Emergency Motion For Temporary Suspension of Electronic Home Monitoring, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that the U.S. Probation Office temporarily suspend the electronic home supervision of defendant, David Butler, from August 13, 2007 until August 16, 2007.

**IT IS SO ORDERED** this _____ day of _____, 2007.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Danny Thomas
U.S. Probation