UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 05-383 (RBW) |
| ) | |
| DAVID BUTLER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of defendant David Butler's Motion For Temporary Suspension of Electronic Home Monitoring, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that the U.S. Probation Office temporarily suspend the electronic home supervision of defendant, David Butler, on October 29, 2007.

**IT IS SO ORDERED** this 24th day of October, 2007.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Danny Thomas
U.S. Probation