UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 05-383 (RBW) |
| ) | |
| DAVID BUTLER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant David Butler's Motion For Temporary Suspension of Electronic Home Monitoring, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that the U.S. Probation Office temporarily suspend the electronic home supervision of defendant, David Butler, from November 5, 2007 until November 7, 2007.

IT IS SO ORDERED this 24th day of October, 2007.

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE


Copies to:

Danny Thomas
U.S. Probation