UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 05-383 (RBW) |
| ) | |
| DAVID BUTLER, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED EMERGENCY MOTION FOR TEMPORARY SUSPENSION OF
ELECTRONIC MONITORING FOR EMPLOYMENT PURPOSES**

Undersigned counsel, respectfully moves this Court to Temporarily Suspend defendant, David Butler's, condition of Electronic Monitoring on December 2, 2007.

As grounds for this motion, counsel states:

1. David Butler, was convicted, upon the entry of a guilty plea, to wire fraud, in violation of 18 U.S.C. § 1343. On November 9, 2006, this Court sentenced Mr. Butler to 5 months incarceration followed by 3 years of supervised release. As a condition of supervised release, Mr. Butler shall also serve 150 days in home detention in the electronic monitoring program. On December 15, 2006, this Court ordered that Mr. Butler report to FCI Morgantown to begin serving his sentence on February 6, 2007.

2. After serving a five month sentence, on July 6, 2007, Mr. Butler was released from FCI Morgantown. Upon his return to the community, Mr. Butler was able to re-secure his employment with Washington Sport Clubs as the area sales manager for the Washington, D.C. metropolitan area. Beginning on July 9, 2007, Mr. Butler has been employed as the area sales manager for the D.C. region. This information has previously been verified by undersigned counsel via a phone call to the director of the human resources department at Washington Sports

Clubs. As a condition of his employment, Mr. Butler has to attend quarterly meetings at the corporate office in New York City, New York, for training and meetings. In addition, Mr. Butler is required to attend human resource related meetings once or twice a year at the corporate office in New York City, New York.

3. On July 24, 2007, Mr. Butler was placed into the electronic monitoring program of U.S. Probation. His supervising officer is U.S. Probation Officer Danny Thomas. Mr. Thomas is aware that Mr. Butler's employment requires travel on a quarterly basis to New York as a condition of his employment and that there may be additional meetings in New York which relate to his employment. Mr. Thomas informed Mr. Butler that a temporary suspension would have to be approved and ordered by the Court in order for Mr. Butler to travel to New York for employment purposes.

4. Mr. Butler has been informed by his supervisor at Washington Sports Clubs that he is required to make a presentation at a sales conference located at their headquarters in New York on Sunday, December 2, 2007, from 5 p.m. to 10 p.m. As the area sales manager for the Washington, D.C. area, Mr. Butler is required to make sales presentations as a condition of his employment. Mr. Butler will travel to New York on December 2, 2007, and will return after his presentation on the latest train back to the District of Columbia, which departs at approximately 10 p.m. from New York. He will be traveling via Amtrak train to/from Union Station/Penn Station. Mr. Butler will likely arrive back in the Washington, D.C. area sometime around 2 a.m. on December 3, 2007.

5. On account of Mr. Butler's required sales presentation to other employees of Washington Sports Clubs, undersigned counsel respectfully requests that the Court temporarily

suspend the electronic monitoring condition of his supervised release for December 2, 2007 until his return in the early morning hours of December 3, 2007.

6.  On three previous occasions, this Court has ordered that Mr. Butler's electronic monitoring be suspended for purposes of attending employment related meetings in New York.

7.  Undersigned counsel has been informed that the Assistant United States Attorney assigned to this case, Sherri Schorstein, has no opposition to this request.

Wherefore, undersigned counsel respectfully requests the Court to grant Mr. Butler's Motion to Temporarily Suspend Electronic Home Monitoring for purposes of attending a sales conference which is employment related in New York.

Respectfully submitted,

A.J. Kramer
FEDERAL PUBLIC DEFENDER

_____/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500 ex. 135