## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 05-383 (RBW) |
| ) | |
| **DAVID BUTLER,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon consideration of defendant David Butler's Unopposed Emergency Motion For Temporary Suspension of Electronic Home Monitoring, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that the U.S. Probation Office temporarily suspend the electronic home supervision of defendant, David Butler, from December 2, 2007 until December 3, 2007.

**IT IS SO ORDERED** this _____ day of _____, 2007.

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Danny Thomas
U.S. Probation