**FILED**

DEC 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA )
)
      vs. )     **Cr. No. 05-383 (RBW)**
)
DAVID BUTLER, )
)
         Defendant. )

_____

**ORDER**

Upon consideration of defendant David Butler's Unopposed Emergency Motion For

Temporary Suspension of Electronic Home Monitoring, it is hereby

**ORDERED** that defendant's Motion is granted; and it is

**FURTHER ORDERED** that the U.S. Probation Office temporarily suspend the

electronic home supervision of defendant, David Butler, from December 2, 2007 until December

3, 2007.

    **IT IS SO ORDERED** this ___30___ day of ___November___, 2007.

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Copies to:

Danny Thomas
U.S. Probation