# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs.    David Butler                                 Docket No.: **05 CR 383-01**

The Court may enter a minute order for any of the following options:

Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☒ Concur with recommendation of the Probation Office

**FILED**

**JUL 17 2008**

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____Hearing on Violation or _____Modification Hearing with Voluntary appearance

    ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other    _____
_____
_____
_____
_____

_Reggie B. Walton_
Reggie B. Walton
United States District Judge

7/17/08
Date