FILED

AUG 6 2008

**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs.    David Butler                                    Docket No.: **05 CR 383-01**

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☑ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____Hearing on Violation or _____Modification Hearing with Voluntary appearance

    ☐ Hearing to modify, revoke or terminate supervised release shall be held before a
    magistrate judge.

☐ Other        _____
        _____
        _____
        _____
        _____


_____
Reggie B. Walton
United States District Judge


August 3, 2008
_____
Date